IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

*********************************

TIMOTHY SORRENDINO,
        Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,
        Defendant

*********************************

Civil Action No.
06-CV-0101

STIPULATION and ORDER
REGARDING ATTORNEY'S FEES

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties in the above-entitled action that no party to this action is an infant or incompetent person and that an attorney fee under the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412, in the amount of $5,677.80 be and hereby is allowed to Jaya A. Shurtliff, Esq., Olinsky & Shurtliff, LLP, 300 S. State Street, 5th Floor, Syracuse, New York 13202.

Dated: March 12, 2007

By: /s/ Jaya A. Shurtliff
-----------------------
JAYA A. SHURTLIFF
Attorney for Plaintiff

Dated: March 12, 2007

GLENN T. SUDDABY
United States Attorney
P.O. Box 7198
100 S. Clinton Street
Syracuse, New York 13261-7198

By: /s/ Margaret A. Donaghy
Margaret A. Donaghy
Special Assistant U.S. Attorney

SO ORDERED:
Dated:
    Syracuse, NY

/s/ Neal P. McCurn
HON. NEAL P. MCCURN.
U.S. DISTRICT JUDGE